**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| LAWRENCE C. GRAY, | : | No. 48 WM 2019 |
| | : | |
| Petitioner | : | |
| | : | |
| V. | : | |
| | : | |
| PENNSYLVANIA BOARD OF | : | |
| PROBATION AND PAROLE, | : | |
| | | |
| Respondent | | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 14th day of November, 2019, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.